AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# United States District Court


LODGED
CLERK, U.S. DISTRICT COURT
8/24/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

**CENTRAL** DISTRICT OF **CALIFORNIA**

**UNITED STATES OF AMERICA**
V.
**JOSEPH ZUNIGA**
**REG#: 76542-112**


FILED
CLERK, U.S. DISTRICT COURT
August 24, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: CD DEPUTY

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 2:22-mj-03354-DUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about August 16, 2022, in Los Angeles County, in the Central District of California, defendant Joseph ZUNIGA did escape from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about August 16, 2022, the United States Marshals Service received information from Juan Herrera, Residential Reentry Chief Executive Officer at Marvin Gardens Residential Reentry Center ("RRC"), stating that ZUNIGA had escaped from CCI El Monte Center RRC 11750 Ramona Blvd., El Monte, CA 91732. According to Bureau of Prisons records, ZUNIGA is a Hispanic male, approximately 5 feet, 7 inch tall, weighing approximately 180 pounds, with brown hair and brown eyes. ZUNIGA is 29 years old and is a United States citizen.

From my review of ZUNIGA's court records, I learned that on or about November 30, 2017, in the United States District Court for Central District of California, Case No. 2:17-CR-00771, ZUNIGA was sentenced to a term of 63 months' imprisonment, with 3 years of supervision to follow for a conviction of 18 U.S.C. § 922(g)(1), Prohibited Person in Possession of a Firearm.

Continued on the attached sheet and made a part hereof: ☐Yes ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

/ s / Harrison York
Signature of Complaint

Deputy U.S. Marshal

August 24, 2022
Date

at Los Angeles, California
City and State

Alka Sagar, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer